17046

CARRIE C. BALLENTINE *ET AL.*, Appellants, v. NATIONAL
SURETY CORPORATION, Respondent

(88 S. E. (2d) 772)

*Messrs. Pope & Greene,* of Newberry, *for Appellants,*

*Messrs. Robinson, Robinson & Dreher,* of Columbia, *for Respondent,*

4

6.

8

August 1, 1955.

PER CURIAM.

The Order of Honorable J. Woodrow Lewis, has been carefully considered in the light of the record and the exceptions, and we find no error.